■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY MOORE, Appellant. [830 NYS2d 665]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 2, 1998 (*People v Moore*, 248 AD2d 405 [1998]), affirming a judgment of the County Court, Nassau County, rendered July 28, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463

US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Schmidt, Santucci and Goldstein, JJ., concur.